

Citizens Bank Center
919 N. Market Street
Suite 300
Wilmington, DE 19899-2323

Tel (302) 654-7444  Fax (302) 656-8920

www.foxrothschild.com

SETH A. NIEDERMAN
Direct No:  302.622.4238
Email: SNiederman@FoxRothschild.com

February 26, 2019

**BY HAND DELIVERY AND ECF**

The Honorable Colm F. Connolly
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street, Unit 31
Room 4124
Wilmington, DE 19801-3555

**Re:**   *Yucaipa American Alliance Fund II, L.P., et al v. ASHINC Corporation*, **1:18-cv-01467 (D. Del) (CFC)**

Dear Judge Connolly:

    Pursuant to Your Honor's Order dated October 18, 2018 (D.I. 6), and Oral Order dated November 14, 2018 (together, the "Orders"), the parties respectfully submit this joint status report.

    On November 2, 2018, the parties participated in the scheduled mediation before Hon. Robert D. Drain of the two Related Proceedings currently pending before Judge Sontchi.[1]  The parties did not reach a resolution of their dispute at this mediation, but mediation efforts are

---

[1]   The Related Proceedings are (1) *Catherine E. Youngman, Litigation Trustee for ASHINC Corp., et al. v. Yucaipa American Alliance Fund I, L.P., et al.*, Adv. Pro. No. 13-50530 (Bankr. D. Del.), and (2) *Catherine E. Youngman, Litigation Trustee for ASHINC Corp., et al. v. Yucaipa American Alliance Fund I, L.P. et al.*, Adv. Proc. No. 14-50971 (Bankr. D. Del.).

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota
Nevada   New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Washington



February 26, 2019
Page 2

ongoing. The ongoing mediation efforts, however, are not delaying continued litigation of the Related Proceedings.

The parties agree that in the interest of preserving judicial resources, the above-referenced appeal should remain stayed subject to Your Honor's Orders.

The parties are available at the Court's convenience should Your Honor have any questions.


Respectfully,

*/s/ Seth A. Niederman*

Seth A. Niederman
DE Bar No. 4588


cc (*via ECF*):
    Michael R. Nestor, Esq.
    Michael S. Neiburg, Esq.
    Mark D. Collins, Esq.