

Citizens Bank Center
919 N. Market Street
Suite 300
Wilmington, DE 19899-2323
Tel (302) 654-7444  Fax (302) 656-8920
www.foxrothschild.com

SETH A. NIEDERMAN
Direct No:  302.622.4238
Email: SNiederman@FoxRothschild.com

April 26, 2021

**BY FIRST CLASS MAIL AND ECF**

The Honorable Colm F. Connolly
United States District Judge
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street, Unit 31
Room 4124
Wilmington, DE 19801-3555

      **Re:**   *Yucaipa American Alliance Fund II, L.P., et al v. ASHINC Corporation*, **1:18-cv-01467 (D. Del) (CFC)**

Dear Judge Connolly:

    Pursuant to Your Honor's Oral Order dated April 13, 2021, the parties respectfully submit this joint status report.

    Litigation of the Related Proceedings[1] is ongoing.  The parties each filed summary judgment motions on May 1, 2020, which were fully briefed on December 18, 2020.  Oral argument took place on February 4, 2021, and the motions are *sub judice*.

---

[1]    The Related Proceedings are (1) *Catherine E. Youngman, Litigation Trustee for ASHINC Corp., et al. v. Yucaipa American Alliance Fund I, L.P., et al.*, Adv. Pro. No. 13-50530 (Bankr. D. Del.), and (2) *Catherine E. Youngman, Litigation Trustee for ASHINC Corp., et al. v. Yucaipa American Alliance Fund I, L.P. et al.*, Adv. Proc. No. 14-50971 (Bankr. D. Del.).

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Minnesota
Nevada    New Jersey    New York    North Carolina    Pennsylvania    South Carolina    Texas    Washington

157820\00001\122016592.v1



The Honorable Colm F. Connolly
United States District Judge
United States District Court
April 26, 2021
Page 2

      The parties agree that in the interest of preserving judicial resources, the above-referenced appeal should remain stayed subject to Your Honor's Order of October 18, 2018 (D.I. 6).

      The parties are available at the Court's convenience should Your Honor have any questions.

Respectfully,

*/s/ Seth A. Niederman*

Seth A. Niederman
DE Bar No. 4588

SAN:mls

cc (*via ECF*):
    Michael R. Nestor, Esq.
    Michael S. Neiburg, Esq.
    Mark D. Collins, Esq.