# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11 |
| Yucaipa American Alliance Fund II, L.P.. et al.<br><br>Petitioners,<br><br>v.<br><br>Catherine E. Youngman, Litigation Trustee for ASHINC Corporation,<br><br>Respondent | Civil Action No. 18-cv-01467<br><br>Related to Docket No. 22 |

## NOTICE OF WITHDRAWAL OF DOCKET NO 22

**PLEASE TAKE NOTICE** that Catherine E. Youngman, Litigation Trustee and Plan Administrator (the "Plan Administrator") of the jointly administered estates of ASHINC Corporation, *et al.* (the "Debtors"), hereby withdraws the status report letter to the Honorable Colm F. Connolly, filed at Docket No. 22 on February 6, 2023.

Dated: February 6, 2023

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE Bar No. 4588)
Citizens Bank Center
919 N. Market Street, Suite 300
Wilmington, DE 19801
Tel.: (302) 654-7444
Fax: (302) 656-8920
sniederman@foxrothschild.com

*Counsel for the Plan Administrator*

142533856.1