**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>ASHINC Corporation, *et al.*,<br>Debtors. | Chapter 11<br>Case No. 12-11564 (MFW)<br>(Jointly Administered) |
| YUCAIPA AMERICAN ALLIANCE FUND II, L.P., *et al.*,<br>Appellants<br>ASHINC CORPORATION<br>Appellee. | Civ. No. 18-1467 (CF)<br>Adv. Proc. No. 12-50947<br>BAP No. 18-47 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 8023 of the Federal Rules of Bankruptcy Procedure, Appellants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P., and Yucaipa American Alliance (Parallel) Fund II, L.P. and the Litigation Trustee for ASHINC Corporation and related debtors[1] hereby stipulate and agree that the above-captioned appeal be dismissed in its entirety with prejudice with each party bearing its own costs, fees and expenses.

[*Signature Page Follows*]

[1] In December 2015, the Bankruptcy Court confirmed the above-captioned debtors' chapter 11 plan of reorganization. The confirmation order appointed Catherine Youngman as the trustee of the litigation trust created by the plan of reorganization and as the plan administrator for the debtors' estates. Under the plan of reorganization, the trustee is responsible for prosecuting litigation claims on behalf of the debtors' estates.

Dated: August 10, 2023
Wilmington, Delaware

**STIPULATED AND AGREED**:

FOX ROTHSCHILD LLP

*/s/ Seth A. Niederman*
Seth A. Niederman (DE Bar No. 4588)
Citizens Bank Center
919 N. Market Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Email: sniederman@foxrothschild.com

-and-

JOSEPH HAGE AARONSON LLC
Gregory P. Joseph
Gila S. Singer
800 Third Avenue, 30th Floor
New York, NY 10022
Telephone: (212) 407-1200
Email: gjoseph@jhany.com

-and-

ZAIGER LLC
Jeffrey H. Zaiger
Judd A. Lindenfeld
2187 Atlantic Street, 9th Floor
Stamford, CT 06902
Telephone: (917) 572-7701
Email: jzaiger@zaigerllc.com

-and-

COHEN AND GRESSER LLP
Douglas J. Pepe
800 Third Avenue
New York, NY 10022
Telephone: (212) 957-7605
Email: dpepe@cohengresser.com

*Counsel for the Trustee*

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Fax: (302) 652-4400
Email: ljones@pszjlaw.com
dbertenthal@pszjlaw.com
pkeane@pszjlaw.com

-and-

GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP
Patricia L. Glaser (admitted pro hac vice)
Gali Grant (admitted pro hac vice)
Matthew P. Bernstein (admitted pro hac vice)
10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Fax: (310) 556-2920
Email: pglaser@glaserweil.com
ggrant@glaserweil.com
mbernstein@glaserweil.com

*Counsel for Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P., and Yucaipa American Alliance (Parallel) Fund II, L.P.*